United States District Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Joseph Randall Holcomb, § <br> Petitioner, § <br> § <br> v. § <br> § Civil Action H-21-3238 <br> Bobby Lumpkin, § <br> Director, Texas Department of § <br> Criminal Justice, Correctional § <br> Institutions Division, § <br> Respondent. § | |

## Order of Adoption

On August 7, 2022, Magistrate Judge Peter Bray recommended that the court grant Bobby Lumpkin's motion for summary judgment, dismiss Joseph Randall Holcomb's petition for writ of habeas corpus, and deny Holcomb's motion seeking injunctive relief. (30) Holcomb filed objections. (31) The court denies Holcomb's objections and adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on August 24, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge